D. EDWARD HAYS, #162507
ehays@marshackhays.com
CHAD V. HAES, #267221
chaes@marshackhays.com
JUDITH E. MARSHACK, #163871
jmarshack@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Plaintiff and Chapter 7 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

**JAN 30 2017**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall     DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>DRI COMPANIES, a California Corporation,<br><br>Jointly administered Debtors.<br><br>Affects:<br><br>☐ All Debtors<br>☒ DRI COMPANIES, a California Corporation<br>☐ DRI COMMERCIAL CORPORATION, a California Corporation<br>☐ DRI RESIDENTIAL CORPORATION, a California Corporation<br><br>RICHARD A. MARSHACK, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BUILDERS & CONTRACTORS SUPPLY CO. INC., dba ABC SUPPLY CO., INC.,<br><br>Defendant(s). | Case No. 8:13-bk-12153-SC<br>(Jointly Administered with<br>8:13-bk-12154-SC<br>8:13-bk-12156-SC)<br><br>Chapter 7<br><br>Adv. No. 8:16-ap-01032-SC<br><br>ORDER APPROVING STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDING<br><br>[STIPULATION – DOCKET NO. 26]<br><br><u>Pre-trial Conference</u><br>Date:     February 15, 2017<br>Time:     10:00 a.m.<br>Location: 411 West Fourth St., Ctrm. 5C<br>               Santa Ana, CA 92701-4593 |

1

4825-9165-7793, v. 1/1015-077.35

The Court has read and considered the Stipulation to Dismiss Adversary Proceeding ("Stipulation") between Plaintiff and Chapter 7 Trustee, Richard A. Marshack in his capacity as Chapter 7 Trustee for Debtors DRI Companies, DRI Commercial Corporation, and DRI Residential Corporation ("Plaintiff"), and Defendant, AMERICAN BUILDERS & CONTRACTORS SUPPLY CO. INC., dba ABC SUPPLY CO., INC. ("Defendant") (collectively, "Defendant," and collectively with the Trustee, the "Parties") filed on January 30, 2017, as Docket No. 26. The Court has found good cause to approve the Stipulation.

IT IS ORDERED that the Stipulation is approved as follows:

1. This Adversary Proceeding is dismissed;

2. The clerk shall close this case;

3. The Parties shall bear their own attorneys' fees and costs incurred in connection with the Adversary Proceeding; and

4. The Pre-trial Conference currently set for February 15, 2017, is vacated and no appearances will be necessary.

###

Date: January 30, 2017

Scott C. Clarkson
United States Bankruptcy Judge

2

4825-9165-7793, v. 1/1015-077.35